# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Gonzalez et al, <br><br> Plaintiffs, <br><br> v. <br><br> Global Credit & Collection Corporation, <br><br> Defendant. | Case Number: 1:09-cv-6187 <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now come the parties, by and through counsel, and hereby dismiss the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(ii), each party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED,

| Legal Helpers, P.C. | Blitt & Gaines, P.C. |
|---|---|
| By: s/ Timothy J. Sostrin <br> Timothy J. Sostrin <br> 233 S. Wacker Drive, Suite 5150 <br> Chicago, IL 60606 <br> Telephone: 866.339.1156 <br> Email: tjs@legalhelpers.com <br> Attorneys for Plaintiffs | By: s/ Brian J. Olszewski <br> Brian J. Olszewski <br> 661 Glenn Avenue <br> Wheeling, IL 60090 <br> Telephone: 847-403-4905 <br> Email: brian.olszewski@blittandgaines.com <br> Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 4, 2010, I electronically filed the foregoing stipulation and that notice of the same will be sent to the following:

Brian J. Olszewski
BLITT & GAINES
brian.olszewski@blittandgaines.com

                                        /s/ Timothy J. Sostrin