Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 6187 | **DATE** | 5/6/2010 |
| **CASE TITLE** | CARMEN GONZALEZ, et al. v. GLOBAL CREDIT & COLLECTION CORP. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation for voluntary dismissal, this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

*Suzanne B. Conlon*

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|